McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANUT S. METEHAU,<br><br>   Plaintiff,<br><br>   v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>   Defendants. | No. 2:08-cv-00417-MCE-JFM<br><br>JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

   This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The government respectfully informs the Court that CIS is endeavoring to reach a resolution to the matter at the administrative level, and expects that this will occur within an additional 60 day period. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until June 24, 2008.

Dated: April 21, 2008

                                McGREGOR W. SCOTT
                                United States Attorney

                    By:    /s/Audrey Hemesath
                            Audrey B. Hemesath
                            Assistant U.S. Attorney
                            Attorneys for the Defendants

                    By:    /s/ Dina Marie Sokhn
                            Dina Marie Sokhn
                            Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to June 24, 2008.

IT IS SO ORDERED.

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE