McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANUT S. METEHAU, | No. 2:08-cv-00417-MCE-JFM |
| Plaintiff, | SECOND JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his applications to adjust status by U.S. Citizenship and Immigration Services (CIS).  The parties have previously stipulated to one extension of time, until June 24, 2008, for the filing of the government's answer.  The government respectfully informs the Court that CIS continues to endeavor toward a resolution of the matter at the administrative level.  Plaintiff will be reinterviewed by the agency in the month of July, and it is anticipated that adjudication of the application will be possible shortly thereafter.

///

///

///

///

1  Accordingly, the parties stipulate to a second extension of time in which to file the government's
2  answer to the complaint, until August 22, 2008.

3  Dated: June 23, 2008

4                                              McGREGOR W. SCOTT
                                            United States Attorney

5
6                                  By:    /s/Audrey Hemesath
                                         Audrey B. Hemesath
7                                           Assistant U.S. Attorney
                                         Attorneys for the Defendants

8
9                                  By:    /s/ Dina Marie Sokhn
                                         Dina Marie Sokhn
10                                          Attorney for the Plaintiff

13  ORDER

14  Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
15  ORDERED that the date for filing the government's Answer to the complaint is extended to
16  August 22, 2008.
17  IT IS SO ORDERED.

18  Dated:  June 26, 2008

20  MORRISON C. ENGLAND, JR.
21  UNITED STATES DISTRICT JUDGE