McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANUT S. METEHAU, | No. 2:08-cv-00417 MCE JFM |
| Plaintiff, | THIRD JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to two extensions of time, until August 8, 2008, for the filing of the government's answer. The government respectfully informs the Court that the matter is not yet ripe for administrative adjudication; however, CIS has continued to work toward resolution of the matter and has advised that adjudication will be possible within an additional two month period.

///
///
///
///

Accordingly, the parties stipulate to a third extension of time in which to file the government's answer to the complaint, until October 22, 2008.

Dated: August 20, 2008

          McGREGOR W. SCOTT
          United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:   /s/ Dina Marie Sokhn
      Dina Marie Sokhn
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to October 22, 2008.

IT IS SO ORDERED.

Dated: August 22, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE