McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANUT S. METEHAU,<br><br>  Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>  Defendants. | No. 2:08-cv-00417-MCE-JFM<br><br>THIRD JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to three extensions of time, until October 22, 2008, for the filing of the government's answer. The parties now respectfully request that an additional extension of time be granted, or alternatively, a stay in proceedings, until February 22, 2009, for the following reasons:

  1. Since the filing of this lawsuit, on August 18, 2008, U.S. Immigration and Customs Enforcement filed a motion to reopen proceedings in Immigration Court, for the purpose of terminating Metehau's grant of asylum.

  2. On September 3, the Immigration Judge granted the motion to reopen; however, Metehau subsequently filed a motion for reconsideration. This motion for reconsideration remains pending before the Immigration Judge..

  3. U.S. CIS must await the outcome of the Immigration Court proceedings before it can adjudicate the pending adjustment of status application, as the asylum grant forms the basis of Metehau's eligibility for adjustment of status.

-1-

Accordingly, the parties stipulate to an additional four month extension of time, or in the alternative, a stay of proceedings, in anticipation that the case will be resolved at the administrative level in that time.

Respectfully submitted,

Dated: August 20, 2008

McGREGOR W. SCOTT
United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:  /s/ Dina Marie Sokhn
Dina Marie Sokhn
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to February 22, 2009.

IT IS SO ORDERED.

Dated: October 27, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE