McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANUT S. METEHAU,<br><br>  Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>  Defendants. | No. 2:08-cv-00417 MCE JFM<br><br>STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his applications to adjust status by U.S. Citizenship and Immigration Services (CIS). As the matter is now on the path to resolution at the administrative level, the parties hereby stipulate to dismissal of this action.

Respectfully submitted,

Dated: February 9, 2009

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Dina Marie Sokhn
Dina Marie Sokhn
Attorney for the Plaintiff

-1-

1 ORDER

2     Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

3 ORDERED that the matter is dismissed

4     IT IS SO ORDERED.

5

6 Dated: February 10, 2009

7 _____

8 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28